U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 9 2005

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KATHRYN S. JENNINGS | CIVIL ACTION NO. 03-1598 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RYAN'S FAMILY STEAK HOUSES, EAST, INC. | MAGISTRATE JUDGE PAYNE |

## JUDGMENT

This matter is before the Court on defendant, Ryan's Family Steak Houses, East, Inc. ("Ryan's") Motion for Summary Judgment (Rec. Doc. No. 9). After reviewing the entire record, the Court finds that there are no genuine issues of material fact in dispute, and that summary judgment is proper on these claims as a matter of fact and law. The Court finds that neither the wet floor nor the parking lot presented an unreasonable risk of harm to Jennings and, furthermore, that Jennings has not presented any evidence that Ryan's failed to exercise reasonable care. Most importantly, Jennings admits that she was aware of the wet floor and the wet floor signs prior to her fall.

Therefore:

IT IS ORDERED that defendant, Ryan's Family Steak Houses, East, Inc. ("Ryan's") Motion for Summary Judgment (Rec. Doc. No. 9) shall be **GRANTED**.

IT IS FURTHER ORDERED that plaintiff's claims shall be **DISMISSED** with prejudice.

Shreveport, Louisiana, this 9th day of September, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE